ENOCH SPRUANCE, use of HENRY PRATT *vs.* WM. WELDON and WILLIAM REYNOLDS, use of T. FOXWELL.

Judgment entered by a magistrate on a judgment note set aside, the note not being sent up with the record.

CERTIORARI to Justice Townsend, on a judgment by Justice Fennimore.

The record returned was of a judgment entered on a judgment note; of which no copy was sent up. Diminution was alledged, and the justice returned that no such note could be found among the records of the late Justice Fennimore.

*Mr. Rodney* excepted that there was no authority for the judgment; and *Mr. Platt* argued that the authority would be implied; but

*The Court* reversed the judgment, saying that not only the note but the terms of the warrant must be shown to support the judgment. The assignment also must be shown to be such as will justify a suit by the assignee in his own name.

Judgment reversed.

*Platt*, for plaintiff.
*Rodney*, for defendant.

